# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE OF PAPER FILING

> Use for administrative records or physical exhibit volumes being filed in paper or physical form only.

No. 13-1619    Caption: James N. Hutcherson, Jr., et al. v. Chae Y. Lim

Document: Appellant Brief, Paper Copies

Under Seal: ☐ Yes   ☑ No   ☐ If yes, identify sealed volumes: _____

---

## CERTIFICATE OF SERVICE

James N. Hutcherson, et al  as the  Appellants
(party name)                      (appellant, appellee, petitioner, respondent)

certify(ies) that the above-referenced document has been filed and served as follows:

Filed by Counsel for Appellant, Anitha Johnson, Esq., Odelugo & Johnson LLC on 06/06/14

Served by Federal Express                                                 on 06/06/14

to: Clerk's Office
U.S. Court of Appeals Fourth Circuit
Lewis F. Powell, Jr. Courthouse & Annes
1100 EAst Main Street, Suite 501
Richmond, VA 23219


06/06/14                                    Anitha Johnson, Esquire
(date)                                          (signature)


11/20/13 SCC